United States Court of Appeals
Fifth Circuit

**F I L E D**

June 24, 2005

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 04-51460

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RAMON NOREZ-QUINTERO

Defendant - Appellant

---------------------
Appeal from the United States District Court for the
Western District of Texas, El Paso
3:04-CR-832-ALL
---------------------

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    IT IS ORDERED that Appellee's unopposed motion to vacate the sentence is GRANTED.

    IT IS FURTHER ORDERED that Appellee's unopposed motion to remand the case to the Western District of Texas, El Paso Division for resentencing is GRANTED.

    IT IS FURTHER ORDERED that Appellee's alternative request for an extension of time to file the Appellee's brief 14 days from the denial of Appellee's motion to vacate and remand is DENIED as unnecessary.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.